1  Russell J. Stedman (117130)
   Kathleen M. Dyer (227216)
2  BARGER & WOLEN LLP
   650 California Street, 9th Floor
3  San Francisco, CA 94108
   Telephone: (415) 434-2800
4  Fax: (415) 434-2533

5  Michael A. S. Newman (205299)
   BARGER & WOLEN LLP
6  633 West Fifth Street, 47th Floor
   Los Angeles, California 90071
7  Telephone: (213) 680-2800
   Facsimile: (213) 614-7399
8
   Attorneys for Defendant
9  Metropolitan Life Insurance Company
   and Kaiser Permanent Flexible Benefits
10 Plan

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| SANDRA STEIN, | CASE NO.: C05-02566 EMC |
| Plaintiff, | Hon. Edward M. Chen |
| vs. | STIPULATION OF COUNSEL FOR THIRTY-DAY EXTENSION OF TIME WITHIN WHICH DEFENDANTS MAY RESPOND TO PLAINTIFF'S COMPLAINT ; **ORDER** |
| KAISER PERMANENTE FLEXIBLE BENEFITS PLAN and METROPOLITAN LIFE INSURANCE COMPANY, | |
| Defendants. | |
| | Complaint Filed: June 23, 2005 |

Pursuant to FRCP 6(b) and L.R. 6-1, Plaintiff Sandra Stein ("Plaintiff") and Defendants Metropolitan Life Insurance Company ("MetLife") and Kaiser Permanent Flexible Benefits Plan ("Kaiser") (collectively "Defendants"), by and through their respective counsel, hereby stipulate to extend the time within which Defendants may

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office7\7197\097\05pleadings\stipulation 2 extend response time.doc

answer or otherwise respond to the initial Complaint filed by Plaintiff on June 23, 2005 and served upon Kaiser on August 22, 2005 and upon MetLife on September 7, 2005.

Specifically, Defendants shall have an additional thirty (30) days from the response date in which to answer or otherwise respond, such that a pleading filed by Defendants on or before October 12, 2005 shall be deemed timely. Good cause exists for this extension because Defendants have only recently retained counsel, and additional time is needed to gather all relevant plan documents and all matters previously reviewed and considered in connection with Plaintiff's disability claim (*i.e.*, the "Administrative Record"), to formulate their interim litigation strategy and to prepare their actual responsive pleadings.

DATED: September 9, 2005

THE LAW OFFICE OF STEVEN M. CHABRE

By: _____
STEVEN M. CHABRE
Attorneys for Plaintiff
Sandra Stein


DATED: September 9, 2005

BARGER & WOLEN LLP

By: _____
MICHAEL A. S. NEWMAN
Attorneys For Defendants Metropolitan Life Insurance Company and Kaiser Permanent Flexible Benefits Plan

answer or otherwise respond to the initial Complaint filed by Plaintiff on June 23, 2005 and served upon Kaiser on August 22, 2005 and upon MetLife on September 7, 2005.

Specifically, Defendants shall have an additional thirty (30) days from the response date in which to answer or otherwise respond, such that a pleading filed by Defendants on or before October 12, 2005 shall be deemed timely.  Good cause exists for this extension because Defendants have only recently retained counsel, and additional time is needed to gather all relevant plan documents and all matters previously reviewed and considered in connection with Plaintiff's disability claim (*i.e.*, the "Administrative Record"), to formulate their interim litigation strategy and to prepare their actual responsive pleadings.

DATED: September 9, 2005               THE LAW OFFICE OF STEVEN M. CHABRE


                                       By: _____
                                       STEVEN M. CHABRE
                                       Attorneys for Plaintiff
                                       Sandra Stein


DATED: September 9, 2005               BARGER & WOLEN LLP


                                       By: _____
                                       MICHAEL A. S. NEWMAN
                                       Attorneys For Defendants Metropolitan
                                       Life Insurance Company and Kaiser
                                       Permanent Flexible Benefits Plan

IT IS SO ORDERED

_____
EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE
Dated: 9/19/05

-2-