1  J. Russell Stedman (117130)
   Michael A. S. Newman (205299)
2  Kathleen M. Dyer (227216)
   BARGER & WOLEN LLP
3  650 California Street, 9th Floor
   San Francisco, CA 94108
4  Telephone: (415) 434-2800
   Fax: (415) 434-2533
5

6  Attorneys for Defendant
   Metropolitan Life Insurance Company
7  and Kaiser Permanente Flexible Benefits
   Plan
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                   SAN FRANCISCO/OAKLAND DIVISION
11

12
   SANDRA STEIN,                        )   CASE NO.: C05-02566 CW (JCS)
13                                      )
              Plaintiff,                )   Hon. Joseph C. Spero
14                                      )
         vs.                            )   STIPULATION TO CONTINUE HEARING
15                                      )   DATE FOR PLAINTIFF'S MOTION TO
   KAISER PERMANENTE FLEXIBLE           )   ALLOW DISCOVERY
16 BENEFITS PLAN and METROPOLITAN       )
   LIFE INSURANCE COMPANY,              )
17                                      )   Current Date:        January 20, 2006
              Defendants.               )
18                                      )   **New Proposed Date: February 3, 2006**
                                        )   Time:         9:30 a.m.
19                                      )   Courtroom:    A
                                        )
20                                      )
                                        )
21 _____  )   Complaint Filed:    June 23, 2005
22

23
       Plaintiff SANDRA STEIN ("Plaintiff"), and Defendants METROPOLITAN LIFE
24
   INSURANCE COMPANY ("MetLife") and KAISER PERMANENTE FLEXIBLE BENEFITS
25
   PLAN (the "Plan") (collectively "Parties"), by and through their respective counsel of record,
26
   hereby stipulate that the hearing date for Plaintiff's Motion To Allow Discovery (currently set for
27
   January 20, 2006) be moved to **February 3, 2006**, at **9:30 a.m.**, in Courtroom A so as to allow the
28

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office7\7197\097\05pleadings\stip 2 continue hearing date disc motion.doc

1  parties the time and opportunity to further meet and confer regarding the discovery issues pending
2  before this Court. The Parties further stipulate that Defendants' opposition and Plaintiff's reply will
3  likewise be due when they would have been due had the hearing initially been set for February 3,
4  2006. The Parties further stipulate that, pursuant to the Court's December 16, 2006 Order, the Joint
5  Letter providing "a detailed summary of each party's final substantive position and its final
6  proposed compromise on each issue" will be filed with the Court on or before January 13, 2006.
7  While the parties have initially met and conferred in response to the Court's December 16, 2006
8  Order, they believe that allowing more time for additional conference may result in the compromise
9  of more issues currently in dispute; therefore, good cause exists.

Dated: December 29, 2005                    BARGER & WOLEN LLP


                                            By:  /s/ Michael A. S. Newman
                                                Michael A. S. Newman
                                                Attorneys for Defendant
                                                METROPOLITAN LIFE INSURANCE
                                                COMPANY and KAISER
                                                PERMANENTE FLEXIBLE BENEFITS
                                                PLAN

Dated: December 29, 2005                    LAW OFFICES OF STEVEN M. CHABRE


                                            By:  /s/ Steven M. Chabre
                                                STEVEN M. CHABRE
                                                Attorneys for Plaintiff
                                                SANDRA STEIN


## [~~PROPOSED~~] ORDER

Pursuant to the STIPULATION TO CONTINUE HEARING DATE FOR PLAINTIFF'S MOTION TO ALLOW DISCOVERY and good cause appearing therefor, IT IS HEREBY ORDERED that the hearing date for Plaintiff's Motion To Allow Discovery (currently set for January 20, 2006) be moved to **February 3, 2006**, at **9:30 a.m.**, in Courtroom A. Defendants'

opposition and Plaintiff's reply will likewise be due when they would have been due had the hearing initially been set for February 3, 2006. Finally, pursuant to the Court's December 16, 2006 Order, the Joint Letter providing "a detailed summary of each party's final substantive position and its final proposed compromise on each issue" will be filed with the Court on or before January 13, 2006.

Dated: 1/3/06               By: _____
                                 JOSEPH C. SPERO
                                 United States Magistrate Judge