| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | J. Russell Stedman (117130)<br>Michael A. S. Newman (205299)<br>Kathleen M. Dyer (227216)<br>BARGER & WOLEN LLP<br>650 California Street, 9th Floor<br>San Francisco, CA 94108<br>Telephone: (415) 434-2800<br>Fax: (415) 434-2533 |
| 6<br>7 | Attorneys for Defendants<br>Metropolitan Life Insurance Company<br>and Kaiser Permanente Flexible Benefits Plan |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| SANDRA STEIN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KAISER PERMANENTE FLEXIBLE BENEFITS PLAN and METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　Defendants. | CASE NO.: C05-02566 CW (JCS)<br><br>Hon. Joseph C. Spero<br><br>STIPULATION TO CONTINUE HEARING DATE FOR PLAINTIFF'S MOTION TO ALLOW DISCOVERY<br><br>Current Date:　　　February 3, 2006<br>**New Proposed Date: February 17, 2006**<br>Time:　　　9:30 a.m.<br>Courtroom:　A<br><br>Complaint Filed:　June 23, 2005 |

　　　　Plaintiff SANDRA STEIN ("Plaintiff"), and Defendants METROPOLITAN LIFE INSURANCE COMPANY ("MetLife") and KAISER PERMANENTE FLEXIBLE BENEFITS PLAN (the "Plan") (collectively "Parties"), by and through their respective counsel of record have now met and conferred on two occasions, in response to the Court's December 16, 2006 Order. On both occasions, the Parties have successfully resolved some of the discovery issues and have

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office7\7197\097\05pleadings\2nd stip 2 continue hearing date disc motion.doc

discussed procedures for resolving other issues. Pursuant to those discussions, the Parties hereby stipulate to the following revised schedule:

**January 17, 2006:** MetLife and the Plan will provide formal responses to all discovery requests that Plaintiff sent to MetLife and the Plan.

**January 20, 2006:** The Parties will meet and confer with respect to the January 17 responses.

**January 24, 2006:** The Parties will file a joint letter to the Court, describing what issues remain in contention and describing the Parties' respective positions.

**January 27, 2006:** MetLife and the Plan will file and serve their opposition to Plaintiff's Motion.

**February 3, 2006:** Plaintiff will file and serve her reply.

**February 17, 2006:** The Motion will be heard at 9:30 a.m.

As the foregoing schedule will give the Parties the opportunity to (a) compromise and/or resolve further discovery issues and (b) limit the range of issues that will be heard by the Court, good cause exists.

Dated: January 9, 2006                     BARGER & WOLEN LLP


By:  /s/  Michael A. S. Newman

Michael A. S. Newman
Attorneys for Defendant
METROPOLITAN LIFE INSURANCE
COMPANY and KAISER
PERMANENTE FLEXIBLE BENEFITS
PLAN

Dated: January 9, 2006                     LAW OFFICES OF STEVEN M. CHABRE


By:   /s/ Steven M. Chabre

STEVEN M. CHABRE
Attorneys for Plaintiff
SANDRA STEIN


## [PROPOSED] ORDER

Pursuant to the SUPPLEMENTAL STIPULATION TO CONTINUE HEARING DATE FOR PLAINTIFF'S MOTION TO ALLOW DISCOVERY and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

**January 17, 2006:** MetLife and the Plan will provide formal responses to all discovery requests that Plaintiff sent to MetLife and the Plan.

**January 20, 2006:** The Parties will meet and confer with respect to the January 17 responses.

**January 24, 2006:** The Parties will file a joint letter to the Court, describing what issues remain in contention and describing the Parties' respective positions.

**January 27, 2006:** MetLife and the Plan will file and serve their opposition to Plaintiff's Motion.

**February 3, 2006:** Plaintiff will file and serve her reply.

**February 17, 2006, at 9:30 a.m.:** The Court will hear Plaintiff's Motion To Allow Discovery.

Dated: Jan. 10, 2006        By: _____
                                JOSEPH C. SPERO
                                United States Magistrate Judge