Steven M. Chabre, SBN 173271
The Law Office of Steven M. Chabre
1335 Park Avenue
Alameda, CA 94501
(510) 749-1440
(510) 749-0466 (fax)

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA STEIN,<br><br>          Plaintiff,<br><br>     vs.<br><br>KAISER PERMANENTE FLEXIBLE BENEFITS PLAN and METROPOLITAN LIFE INSURANCE COMPANY,<br><br>          Defendants. | Case No.: C 05-2566 CW<br><br>**ORDER GRANTING AS MODIFIED STIPULATION TO EXTEND DEADLINE TO COMPLETE MEDIATION AND TO CONTINUE TRIAL DATE** |

## ORDER

PURSUANT TO STIPULATION and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

**March 17, 2006:** The Parties shall complete Court Mediation by this date.

**April 21, 2006:** Plaintiff's opening Rule 52 brief is due.

**May 5, 2006:** Defendants opposition brief is due.

**May 12, 2006:** Plaintiff's reply brief is due.

**September 8, 2006 at 10:00 AM:** The Court will hold <u>Kearney</u> trial, **unless the matter is decided on the papers earlier.**

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE
TO COMPLETE MEDIATION AND TO CONTINUE TRIAL DATE                    (C 05-2566 CW)

1

Dated: 2/6/06   By: /s/ CLAUDIA WILKEN
CLAUDIA WILKIN
U.S. DISTRICT COURT JUDGE