UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA STEIN,<br><br>　　　　　Plaintiff(s),<br><br>　v.<br><br>KAISER PERMANENTE FLEXIBLE<br>BENEFITS PLAN, ET AL.,<br><br>　　　　　Defendant(s).<br>_____/ | Case No.  05-02566 CW (JCS)<br><br>**ORDER GRANTING IN PART,<br>DENYING IN PART PLAINTIFF'S<br>MOTION TO ALLOW DISCOVERY**<br>**[Docket No. 21]** |

On December 12, 2005, Plaintiff filed a Motion to Allow Discovery (the "Motion").

On February 17, 2006, a hearing was held on the Motion.  Steven Chabre, counsel for Plaintiff, appeared.  Michael A.S. Newman, counsel for Defendants, appeared.

For reasons stated on the record,

IT IS HEREBY ORDERED THAT the Motion is granted as to Interrogatory Nos. 1, 2, 16 and 17. As to Interrogatory No.2, the reference to "within six (6) months" shall be deleted. Answers to the interrogatories are due by **March 10, 2006.**  The remainder of the Motion is DENIED.

IT IS SO ORDERED.

Dated:  February 17, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge