Steven M. Chabre, SBN 173271
The Law Office of Steven M. Chabre
1335 Park Avenue
Alameda, CA 94501
(510) 749-1440
(510) 749-0466 (fax)

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA STEIN,<br><br>            Plaintiff,<br><br>     vs.<br><br>KAISER PERMANENTE FLEXIBLE BENEFITS PLAN and METROPOLITAN LIFE INSURANCE COMPANY,<br><br>            Defendants. | Case No.: C 05-2566 CW<br><br>**STIPULATION AND ORDER TO EXTEND CONDITIONAL ORDER OF DISMISSAL** |

ALL PARTIES AND THEIR COUNSEL OF RECORD HEREBY STIPULATE AND APPLY TO THE COURT FOR AN ORDER AS FOLLOWS:

The parties have agreed to fully settle this matter.  The Court, by order dated March 23, 2006 conditionally dismissed the cause with the proviso that if the agreed consideration had not been turned over by June 21, 2006, the matter would be restored to the calendar to be set for trial. To date, the parties have not exchanged the agreed upon consideration, due to technical difficulties.  The parties anticipate concluding the exchange within the next thirty days.  The parties thus apply to the Court for an order that the conditional dismissal be extended to July 21, 2006.

STIPULATION AND [PROPOSED] ORDER TO EXTEND
CONDITIONAL ORDER OF DISMISSAL                                   (C 05-2566 CW)

1

Dated:

By:  /s/  Michael A. S. Newman

Michael A. S. Newman
Attorneys for Defendant
METROPOLITAN LIFE INSURANCE
COMPANY and KAISER
PERMANENTE FLEXIBLE BENEFITS
PLAN

Dated:

By:   /s/ Steven M. Chabre

STEVEN M. CHABRE
Attorneys for Plaintiff
SANDRA STEIN

# ORDER

PURSUANT TO STIPULATION and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

The conditional order of dismissal in this matter will be extended to July 21, 2006.  If any party shall certify to this Court by July 21, 2006 that the agreed consideration for settlement has

not been delivered over, the dismissal shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

Dated: 7/7/06          By: /s/ CLAUDIA WILKEN
                            U.S. DISTRICT COURT JUDGE

**STIPULATION AND [PROPOSED] ORDER TO EXTEND**
**CONDITIONAL ORDER OF DISMISSAL**                    (C 05-2566 CW)

3