Steven M. Chabre, SBN 173271
The Law Office of Steven M. Chabre
1335 Park Avenue
Alameda, CA 94501
(510) 749-1440
(510) 749-0466 (fax)

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA STEIN,<br><br>             Plaintiff,<br><br>     vs.<br><br>KAISER PERMANENTE FLEXIBLE<br>BENEFITS PLAN and METROPOLITAN<br>LIFE INSURANCE COMPANY,<br><br>             Defendants.<br>_____ | Case No.: C 05-2566 CW<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED, by and between the parties, by and through their respective attorneys of record, that this action shall be dismissed with prejudice, each party to bear their own fees and costs.

Dated: July 6, 2006

By: /s/ William Lee
William Lee
Attorneys for Defendant
METROPOLITAN LIFE INSURANCE
COMPANY and KAISER
PERMANENTE FLEXIBLE BENEFITS
PLAN

Dated: July 6, 2006

By: /s/ Steven M. Chabre
STEVEN M. CHABRE
Attorneys for Plaintiff
SANDRA STEIN

**IT IS SO ORDERED.**

7/7/06

Dated: _____   By: /s/ Claudia Wilken
CLAUDIA WILKEN
U.S. DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL                           (C 05-2566 CW)

2